UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
RAHEIM WYATT, *pro se*,

        Petitioner,

        -against-

UNITED STATES OF AMERICA,

        Respondent.
--------------------------------------------------------x

WAIVER
10-cv-5264 (DLI)

        I, _____, do hereby declare that:

        I know and understand that by filing a claim of ineffective assistance of counsel, I implicitly waive my attorney-client privilege with respect to my communications with my allegedly ineffective attorney(s), _____, regarding my defense in the criminal matter that is the subject of my petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 filed on _____.

        Even though I know that my ineffective assistance of counsel claims will result in a waiver of the attorney-client privilege with respect to the above-named counsel, I still wish to proceed with my claims of ineffective assistance of counsel, as set forth in my petition.

        I declare (or certify, verify, or affirm) under penalty of perjury that the foregoing is true and correct and that this Form was placed in the prison mailing system on _____ (month, day, year). I further declare (or certify, verify, or affirm) under penalty of perjury that no one has forced me or coerced me in any way to execute this waiver form.

        Executed (signed) on _____ (date)

_____        _____
Signature        PRINT NAME